The judgment is affirmed pursuant to Rule 84.16(b).

Jermaine A. KEYS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 104136

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: February 28, 2017

Andrew E. Zleit, St. Louis, MO, for Appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for Respondent.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

### ORDER

PER CURIAM

Jermaine Keys ("Movant") appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished